# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-2631

_____

United States of America

*Plaintiff - Appellee*

v.

Lewis Heggs, Jr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: February 2, 2017
Filed: February 10, 2017
[Unpublished]

_____

Before GRUENDER, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Lewis Heggs directly appeals after pleading guilty to being a felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1). The district court[1]

_____

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.

sentenced him to 96 months in prison, which was within the calculated Guidelines range. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), questioning the reasonableness of Heggs's sentence.

Upon careful review, we conclude that the district court did not impose an unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing sentences for abuse of discretion and noting that if a sentence is within the Guidelines range, an appellate court may apply a presumption of reasonableness). In addition, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____